**Clyde Lacy RATTLER, Appellant**

v.

**DEPARTMENT OF LABOR, OFFICE OF WORKER COMP. PROGRAMS, Appellee.**

No. 10–5315.

United States Court of Appeals, District of Columbia Circuit.

Dec. 2, 2010.

Clyde Lacy Rattler, Washington, DC, pro se.

R. Craig Lawrence, U.S. Attorney's Office, Washington, DC, for Appellee.

BEFORE: SENTELLE, Chief Judge, and GARLAND and BROWN, Circuit Judges.

534

## JUDGMENT

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief and supplement filed by the appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed September 16, 2010, be affirmed. Appellant did not identify any error in the district court's decision, which stated that the application for benefits must be submitted by appellant's employing agency, even if he is currently retired from Federal service.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.